## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS ALMONTE PEREZ** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO.  26-977** |
| | : |
| **WARDEN OF FEDERAL DETENTION** | : |
| **CENTER PHILADELPHIA,** *et al.* | : |

## ORDER

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 7) of our March 9, 2026 order (DI 6), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**